IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


```
-------------------------------------------------  :
                                                   :
WEK INDUSTRIES, INC.,                              :  CASE NO. 1:05 CV 2844
                                                   :
                              Plaintiff,           :
                                                   :  ORDER ADOPTING REPORT AND
                    -vs-                            :  RECOMMENDATION AND GRANTING
                                                   :  DEFAULT JUDGMENT IN FAVOR OF
BISHOP TOOL & DESIGN, INC.,                         :  PLAINTIFF
                                                   :
                              Defendant.           :
                                                   :
-------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This matter is before the Court on plaintiff WEK Industries, Inc.'s ("WEK") motion

for default judgment.  On 8 December 2005, plaintiff WEK Industries, Inc. ("WEK") filed

a complaint against defendant Bishop Tool & Design, Inc. ("Bishop") alleging breach of

contract and breach of express and implied warranties.  (Docket No. 1).  The defendant

failed to file an answer to the plaintiff's complaint. (See Docket Nos. 13, 14).

Accordingly, the Clerk of Courts made an entry of default pursuant to Fed. R. Civ. P.

55(a) against Bishop on 13 December 2006 (Docket No. 15).  Pursuant to Rule 55(b),

WEK motioned the Court for an order of default judgment in its favor.  (Docket No. 16).

    The matter was referred to United States Magistrate Judge William H. Baughman

for the purpose of convening a default judgment hearing and preparing a Report and

Recommendation ("R&R").  (Docket No. 17).  Magistrate Judge Baughman held a

hearing on the motion on 15 May 2007 and filed his R&R on 15 June 2007.  (Docket No.

23).  The Magistrate Judge's well-reasoned R&R recommended findings of fact and

conclusions of law with respect to the contract dispute between the parties.  Id. He

recognized that because of the entry of default, the only remaining issue to be resolved

was the amount of damages.  Id.  The Magistrate Judge advised that WEK sustained

damages in the amount of $219,129.86, but recommended that because the prayer in

the complaint was $200,000, a default judgment could not exceed that amount.  Id.

Magistrate Judge Baughman therefore recommended that the Court make an entry of

default judgment in favor of WEK in the amount of $200,000.  Id.

The parties were afforded ten days to object to the Magistrate Judge's

recommendation, and neither party has filed objections.  Therefore, the Court must

assume that the parties are satisfied with the Magistrate Judge's R&R.  Any further

review by this Court would be a duplicative and inefficient use of the Court's limited

resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947

(6th Cir. 1981).

Accordingly, the Court adopts the findings of fact and conclusions of law

recommended by Magistrate Judge Baughman.  Default judgment is hereby entered in

favor of plaintiff WEK Industries, Inc. and against Bishop Tool & Design, Inc. in the

amount of $200,000.

IT IS SO ORDERED

   /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 10 July 2007

2