IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
: 
WEK INDUSTRIES, INC., : CASE NO. 1:05 CV 2844
:
Plaintiff, :
:
-vs- : <u>JUDGMENT ENTRY</u>
:
BISHOP TOOL & DESIGN, INC., :
:
Defendant. :

-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having previously entered an order granting the plaintiff's motion for default judgment, hereby enters judgment against defendant Bishop Tool & Design and in favor of plaintiff WEK Industries, Inc. .

IT IS SO ORDERED.

      /s/ Lesley Wells
  UNITED STATES DISTRICT JUDGE

Date:  10 July 2007